**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| GLENDA KNUCKLES, | } | Civil Action 2:11-cv-15048 |
| | } | |
| Plaintiff, | } | JUDGE: AVERN COHN |
| | } | |
| v. | } | |
| | } | |
| GLOBAL RECOVERY GROUP, LLC | } | |
| | } | |
| Defendant. | } | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff Glenda Knuckles, by and through undersigned counsel and hereby voluntary dismisses her case against Defendant Global Recovery Group, LLC, without prejudice, pursuant to Rule 41(a).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville_____
J. DANIEL SCHARVILLE (P67103)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GLENDA KNUCKLES, | } | Civil Action 2:11-cv-15048 |
| Plaintiff, | } | JUDGE: AVERN COHN |
| v. | } | |
| GLOBAL RECOVERY GROUP, LLC | } | |
| Defendant. | } | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, it is hereby ORDERED that this case is dismissed without prejudice.

SO ORDERED THIS _____ day of December, 2011.

_____
Judge Avern Cohn